ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| JOSÉ M. MARXUACH FAGOT Y OTROS<br><br>Recurridos<br><br>v.<br><br>SUCESIÓN DE PEDRO REMBERTO FAGOT BIGAS Y OTROS<br><br>Peticionarios | TA2026CE00508 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2024CV00586<br><br>SALÓN: 902<br><br>Sobre: División o Liquidación de la Comunidad de Bienes Hereditarios y otros |

Panel integrado por su presidenta, la Juez Aldebol Mora[1], el Juez Cruz Hiraldo y el Juez Sánchez Báez

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 29 de junio de 2026.

Evaluada la *Petición de Certiorari* presentada el 24 de abril de 2026 por la parte peticionaria, este Tribunal acuerda denegar el recurso por no cumplir elementos de la Regla 40 de nuestro Reglamento. *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, págs. 63, 216 DPR __ (2025).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante Orden Administrativa OATA-2026-063 emitida el 2 de junio de 2026, se designó a la Hon. Waleska I. Aldebol Mora en sustitución de la Hon. Ivelisse M. Domínguez Irizarry.